ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
155 South 1st St. #2121
Orcutt, CA. 93457
Telephone: (888) 308-1119 ext. 11
Facsimile: (888) 535-8267

Attorney for Plaintiff
VIET HUYNH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIET HUYNH,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED DEBT RECOVERY, LLC;<br>SEAN GERASIMOWICZ;<br>and DOE 1-5,<br><br>    Defendants. | Case No. 8:22-cv-02134-JWH-ADS<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 1-5 |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff VIET HUYNH voluntarily dismisses the action without prejudice only as to defendant DOE 1-5. Plaintiff will proceed with the action against defendants ALLIED DEBT RECOVERY, LLC and SEAN GERASIMOWICZ.

Date:  April 7, 2023                               s/Robert Amador
                                                                             ROBERT AMADOR, ESQ.
                                                                             Attorney for Plaintiff VIET HUYNH

# **CERTIFICATE OF SERVICE**

I certify that on April 7, 2023, I caused the copy of the foregoing Notice of Voluntary Dismissal of DOE 1-5, First Class U.S. Mail, to the following parties:

ALLIED DEBT RECOVERY, LLC
224 Gold St
Buffalo, NY 14206

SEAN GERASIMOWICZ
224 Gold St
Buffalo, NY 14206

                                           s/ Robert Amador
ROBERT AMADOR, ESQ.
(CA State Bar#269168)
Attorney for Plaintiff VIET HUYNH
Centennial Law Offices
155 South 1st St. #2121
Orcutt, CA. 93457
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com