ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
155 South First St. #2121
Orcutt, CA. 93457
Telephone: (888) 308-1119 ext. 11
Facsimile: (888) 535-8267

Attorney for Plaintiff
VIET HUYNH

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET HUYNH, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED DEBT RECOVERY, LLC; SEAN GERASIMOWICZ; and DOE 1-5, <br><br> Defendants. | Case No. 8:22-cv-02134-JWH-ADS <br><br> PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT <br><br> MOTION DATE: MAY 19, 2023 <br> TIME: 9:00 A.M. <br> HON. JOHN W. HOLCOMB |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORDS:**

PLEASE TAKE NOTICE that on May 19, 2023, at 9:00 a.m., or as soon thereafter as this matter may be heard, Plaintiff will present the Honorable Judge John W. Holcomb, or any judge sitting in his stead, in the United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 9D, with the Motion for Default Judgment and Attorney's Fees attached hereto for an order granting entry of Default Judgment against defendants ALLIED DEBT

1

RECOVERY, LLC and SEAN GERASIMOWICZ, and to award Plaintiff $9,605.35 in damages, including his attorney's fees and costs.

Date:  April 13, 2023                              s/Robert Amador
                                                   _____
                                                   ROBERT AMADOR, ESQ.
                                                   Attorney for Plaintiff VIET HUYNH

# **CERTIFICATE OF SERVICE**

I certify that on April 14, 2023, I caused the copy of the foregoing Plaintiff's Notice of Motion for Default Judgement, First Class U.S. Mail, to the following parties:

ALLIED DEBT RECOVERY, LLC
224 Gold St
Buffalo, NY 14206

SEAN GERASIMOWICZ
224 Gold St
Buffalo, NY 14206

        s/ Robert Amador
ROBERT AMADOR, ESQ.
(CA State Bar#269168)
Attorney for Plaintiff VIET HUYNH
Centennial Law Offices
155 South 1st St. #2121
Orcutt, CA. 93457
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com