JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET HUYNH, | Case No. 8:22-cv-02134-JWH-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALLIED DEBT RECOVERY, LLC; SEAN GERASIMOWICZ; and DOE 1-5, | |
| Defendants. | |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 30]" entered substantially contemporaneously herewith, and in accordance with Rules 55(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading in this action is the Complaint [ECF No. 1] of Plaintiff Viet Huynh.

3. Defendants DOE 1-5 were **DISMISSED** on or about April 7, 2023.

4. Judgment is hereby **ENTERED** in **FAVOR** of Plaintiff Viet Huynh and **AGAINST** Defendants Allied Debt Recovery, LLC and Sean Gerasimowicz ("Defendants"), in the total amount of **$9,605.35**, which sum consists of $2,000.00 in statutory damages, $7,418.75 in attorney's fees, and $186.60 in costs.

5. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 20, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE